IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

GROVELAND PARTNERS, LLC,

     Appellant,

 v.

Case No.  5D21-3028
LT Case No. 2020-CA-000664

CITY OF GROVELAND, FLORIDA,

     Appellee.

_____/

Decision filed October 25, 2022

Appeal from the Circuit Court
for Lake County,
Dan R. Mosley, Judge.

Tucker H. Byrd and Thomas C.
Allison, of Byrd Campbell, P.A.,
Winter Park, for Appellant.

Dale A. Scott, of Bell & Roper, P.A.,
Orlando, for Appellee.


PER CURIAM.


    AFFIRMED.


EISNAUGLE and HARRIS, JJ., and ORFINGER, R.B., Senior Judge, concur.